# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 16-1231V
Filed: October 20, 2017
UNPUBLISHED

| | |
|---|---|
| KELLY WILLIAMS,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Jonathan C. Pleban, Pleban & Petruska, Law, LLC), for petitioner.*
*Linda Sara Renzi, U.S. Department of Justice, Washington, DC, for respondent.*

### DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On September 30, 2016, Kelly Williams ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a left shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine she received on October 8, 2014. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On May 9, 2017, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On October 20, 2017, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $75,000.00. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

2

award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $75,000.00, in the form of a check payable to petitioner, Kelly Williams.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                            **s/Nora Beth Dorsey**
                                            Nora Beth Dorsey
                                            Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| KELLY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | No. 16-1231V |
| ) | Chief Special Master |
| v. ) | Nora Beth Dorsey |
| ) | ECF |
| SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## **RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.   Compensation for Vaccine Injury-Related Items**

On May 19, 2017, the Chief Special Master issued a Ruling on Entitlement finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA").   Respondent proffers that based on the evidence of record, petitioner should be awarded $75,000.00.   This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).   Petitioner agrees.

**II.   Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment as described below, and request that the Chief Special Master's decision and the Court's judgment award the following:[1]

> A lump sum payment of $75,000.00, in the form of a check payable to petitioner, Kelly Williams.   This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner would be entitled.

---

[1]   Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.   In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

                                      Respectfully submitted,

                                      CHAD A. READLER
                                      Acting Assistant Attorney General

                                      C. SALVATORE D'ALESSIO
                                      Acting Director
                                      Torts Branch, Civil Division

                                      GABRIELLE M. FIELDING
                                      Assistant Director
                                      Torts Branch, Civil Division

                                      s/Linda S. Renzi
                                      LINDA S. RENZI
                                      Senior Trial Counsel
                                      Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Ben Franklin Station, P.O. Box 146
                                      Washington, D.C. 20044-0146
                                      Tel.:  (202) 616-4133

October 20, 2017